FILED
Nov. 5 1984
William F Clayton
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

JOE AMERICAN HORSE, individually ) CIV. 84-5159
and on behalf of all others )
similarly situated, )
) Page 288
Plaintiff, )
)
vs. ) ORDER
)
ALICE KUNDERT, individually and )
in her official capacity as )
South Dakota Secretary of )
State, et al )
)
Defendants. )

Based upon the Stipulation of record and the Court being fully advised in the premises, it is hereby

ORDERED, ADJUDGED AND DECREED that all individuals named in Exhibit #2, attached to the Stipulation, and Devona Lone Wolf, shall be permitted to vote in the general election to be held on November 6, 1984; and it is further

ORDERED that the County Auditors add those names to the precinct registration lists for purposes of the November 6, 1984 general election; it is further

ORDERED that the County Auditors shall be granted twenty (20) days from the issuance of this Order to examine and challenge the voter registration cards in question pursuant to SDCL 12-4-23; and it is further

ORDERED that each party be responsible for their own costs incurred herein; and it is further

ORDERED that all parties use their best, good faith efforts to inform and notice the individuals of the issuance of this Order and its contents.

Dated this 5th day of November, 1984.

BY THE COURT:

_____
CHIEF JUDGE

ATTEST:
WILLIAM F. CLAYTON, Clerk
By _Bonnie Horan_ — Deputy